IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLA MYLES, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, d/b/a/ UNIVERSITY OF PENNSYLVANIA HOSPITAL | : NO. 10-4118 |
| | : |
| Defendant. | : |

## ORDER

**AND NOW**, this *12th* day of *December*, 2011, upon consideration of the Motion for Summary Judgment filed by Defendant University of Pennsylvania, d/b/a University of Pennsylvania Hospital (Docket No. 12), Plaintiff Carla Myles's Response in Opposition (Docket No. 14), Defendant's Reply Brief (Docket No. 16), and Plaintiff's Sur-Reply Brief (Docket No. 19), it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 12) is **DENIED** in its entirety.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.